**This order is SIGNED.**



**Dated: August 28, 2018**



**WILLIAM T. THURMAN
U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 18-25529 |
|---|---|
| Dale Lynn Gordon, | Chapter 13 |
| Debtor(s). | Honorable William T. Thurman |

### ORDER TO SHOW CAUSE

      **IT APPEARING TO THE COURT** that this bankruptcy case has not been properly handled by David L. Fisher, counsel for the Debtor ("Counsel"), by virtue of his failures to make required filings and payments, by his avoiding and/or ignoring numerous attempts by the Court to communicate with him, and by his representation of debtors in cases before this Court without complying with the Court's Local Rules for attorneys appearing in the Court. Accordingly,

      **IT IS HEREBY ORDERED** that Counsel is shall appear at a hearing on September 6, 2018 at 2:30 p.m., in Courtroom 2B, United States Bankruptcy Court, 206 West Tabernacle, St. George, UT 84770, and show cause why this Court should not:

1. Dismiss this bankruptcy case based on Counsel's conduct, including:
    a. Practicing before this Court while not admitted to practice in the United States District Court for the District of Utah under DUCivR 83-1.1, since May 2017, in violation of Bankr. D. Ut. LBR 2090-1(a); and
    b. Failure to pay the first two installments of the filing fee for this case, as ordered by this Court on July 30, 2018, and indicating on August 13, 2018 that the first payment, in the amount of $110, had been electronically made, when it had not.
2. Impose sanctions for the infractions listed in paragraph 1, as well as for Counsel's failures to:
    a. Respond to this Court's repeated attempts to contact Counsel, by phone and email; and

      b. File required documents with the Debtor's petition, and failure to rectify that deficiency pursuant to this Court's Deficiency Notice of July 30, 2018, which indicated that incomplete filings were due by August 13, 2018.

As these proposed sanctions may affect the Debtor's interests, and Counsel is not currently able to represent Debtor in this Court because of the above-referenced failures, Counsel is directed to either:
1. Bring proof of current membership in good standing of the Bar of the United States District Court for the District of Utah, as well as current proof of the Debtor's desire to have Counsel continue representing Debtor in this matter, to the hearing; or
2. Obtain qualified counsel to represent Debtor's interests at the hearing.

Counsel may represent himself at the hearing, pro se, or may obtain different counsel to represent his own interests at the hearing, as he sees fit. Video conferencing will be available in Courtroom 376, United States Bankruptcy Court, 350 South Main Street, Salt Lake City, Utah 84101.

Failure to comply with this Order to Show Cause may result in immediate dismissal of this bankruptcy case, imposition of the full filing fee for this case against Counsel personally as a sanction, referral of Counsel's conduct to the United States District Court for the District of Utah and the Utah State Bar Association for disciplinary consideration, and/or other sanctions, as the Court deems appropriate.

## **DESIGNATION OF PARTIES TO RECEIVE NOTICE**

Service of the foregoing **ORDER TO SHOW CAUSE** shall be served to the parties and in the manner designated below:

**By Electronic Service:**

| | |
|---|---|
| David L. Fisher | fisherlawllc@lawyer.com, fisherdr81428@notify.bestcase.com |
| Lon Jenkins tr | ecfmail@ch13ut.org, lneebling@ch13ut.org |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

**By U.S. Mail:**

David L. Fisher
Fisher Law Group PLLC
2825 East Cottonwood Parkway Suite 500
Cottonwood Heights, UT 84121

Dale Lynn Gordon
320 North 2790 East
St George, UT 84790