**This order is SIGNED.**

Dated: September 24, 2018

WILLIAM T. THURMAN
U.S. Bankruptcy Judge



*mpw*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy No. 18-25529 |
|---|---|
| Dale Lynn Gordon, | Chapter 7 |
| Debtor(s). | Honorable William T. Thurman |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND OTHER DOCUMENTS**

The Debtor filed a bankruptcy petition under chapter 13 on July 29, 2018. On September 13, 2018, the Debtor filed a notice of conversion to chapter 7. Also on September 13, 2018, the Debtor filed a Motion for Extension of Time to File Schedules and Other Documents (the "Motion") at Dkt. No. 14. The Court has considered the Motion and the applicable law. Based thereon, the Court hereby ORDERS:

1. The Motion is granted;

2. The Debtor shall file the Schedules, Statement of Financial Affairs, Chapter 7 Statement of Monthly Income/Means Test, and other documents required by 11 U.S.C. § 521 and Bankruptcy Rule 1007(b) on or before September 27, 2018.

3. If the Debtor fails to comply with Paragraph 2, the case shall be dismissed on September 28, 2018.

-------------- END OF DOCUMENT --------------------

## DESIGNATION OF PARTIES TO RECEIVE SERVICE

Service of the foregoing **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND OTHER DOCUMENTS** will be effected through the Bankruptcy Noticing Center to each party listed below:

By CM/ECF to

| | |
|---|---|
| David L. Fisher | fisherlawllc@lawyer.com |
| David C. West, Tr | davewest@infowest.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

By U.S. Mail to:

**Dale Lynn Gordon**
320 North 2790 East
St George, UT 84790
    *Debtor*

## DESIGNATION OF PARTIES TO RECEIVE SERVICE

Service of the foregoing ------------------ will be effected through the Bankruptcy Noticing Center to each party listed below:

By CM/ECF to

By U.S. Mail to: