**Form 724**[ODSM 45 Day−12/05]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| In re: | Case No. 18−25529 WTT |
|---|---|
| Dale Lynn Gordon | Chapter 7 |
| Debtor(s). | |

ORDER OF DISMISSAL

Pursuant to 11 U.S.C. 521(i), it is hereby ORDERED that the above−named case has been DISMISSED for failure to comply with 11 U.S.C. 521(a)(1).

Dated and Entered on: September 28, 2018

*William J. Thurman*
United States Bankruptcy Judge